# UNITED STATES BANKRUPTCY COURT

## District of Puerto Rico

In re ___R&G Financial Corporation___ ,
Debtor

Case No. __10-04124__

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS [1,2,3]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim |
|---|---|---|---|---|
| Crowe Horwath<br>PO Box 145415<br>Cincinnati, OH 45250 | Crowe Horwath<br>PO Box 145415<br>Cincinnati, OH 45250<br>Tel: 574-238-7640 | Trade Debt | | $ 135,330.00 |
| American Stock Transfer<br>6201 15th Avenue<br>2nd Floor<br>Brooklyn, NY 11219 | American Stock Transfer<br>6201 15th Avenue<br>2nd Floor<br>Brooklyn, NY 11219<br>Tel: 718-921-8319 | Trade Debt | | $ 3,000.00 |
| Carlos M. Machado PA<br>2030 Douglas Road<br>Suite 210<br>Coral Gables, FL 33134 | Carlos M. Machado PA<br>2030 Douglas Road<br>Suite 210<br>Coral Gables, FL 33134<br>Tel: 305-377-1000 | Trade Debt | | $ 2,645.54 |
| Bowne of Atlanta, Inc.<br>PO Box 101691<br>Atlanta, GA 30392-1691 | Bowne of Atlanta, Inc.<br>PO Box 101691<br>Atlanta, GA 30392-1691<br>Tel: 404-350-2000 | Trade Debt | | $ 1,315.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| AXA Equitable National Operation Center PO Box 1047 Charlotte, NC 29201-1047 | AXA Equitable National Operation Center PO Box 1047 Charlotte, NC 29201-1047 Tel: 800-777-6510 | Trade Debt | | $ 750.00 |
| Aflac 1932 Wynton Rd Columbus, GA 31999-0797 | Aflac 1932 Wynton Rd Columbus, GA 31999-0797 Tel: 800-992-3522 | Trade Debt | | $ 420.08 |
| ADP, Inc. PO Box 9001006 Louisville, KY 40290-1006 | ADP, Inc. PO Box 9001006 Louisville, KY 40290-1006 Tel: 866-951-5757 | Trade Debt | | $ 372.18 |
| CT Corporation System PO Box 4349 Carol Stream, IL 60197-4349 | CT Corporation System PO Box 4349 Carol Stream, IL 60197-4349 Tel: 954-473-5503 | Trade Debt | | $ 365.75 |
| National Life Insurance PO Box 366107 San Juan PR 00936-6107 | National Life Insurance PO Box 366107 San Juan PR 00936-6107 Tel: 787-758-8080 | Trade Debt | | $ 222.75 |
| Honorable Secretario de Hacienda Edificio Intendente Ramirez Paseo Covadonga San Juan PR 00901-2618 | Honorable Secretario de Hacienda Edificio Intendente Ramirez Paseo Covadonga San Juan PR 00901-2618 Tel: 787-721-2020 | Trade Debt | Unliquidated | Unknown |
| Fifth Third Bank 21 East State Street Columbus, OH 43215 | Fifth Third Bank 21 East State Street Columbus, OH 43215 Tel: 614-744-5929 | Trade Debt | Unliquidated | Unknown |
| Zaragoza & Alvarado PO Box 195598 San Juan, PR 00919-5598 | Zaragoza & Alvarado PO Box 195598 San Juan, PR 00919-5598 Tel: 787-620-7734 | Trade Debt | Unliquidated | Unknown |
| VIG Leasing 1225 Ponce de Leon Ave VIG Tower, Suite 601 San Juan, PR 00907-3921 | VIG Leasing 1225 Ponce de Leon Ave VIG Tower, Suite 601 San Juan, PR 00907-3921 Tel: 787-620-2798 | Trade Debt | Unliquidated | Unknown |
| AT&T PO Box 105068 Atlanta, GA 30348-5068 | AT&T PO Box 105068 Atlanta, GA 30348-5068 Tel: 787-399-6060 | Trade Debt | Unliquidated | Unknown |

564346

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim |
|---|---|---|---|---|
| US Postmaster<br>361 Calaf Street<br>San Juan, PR 00918 | US Postmaster<br>361 Calaf Street<br>San Juan, PR 00918<br>Tel: 787-754-2808 | Trade Debt | Unliquidated | Unknown |

564346

**Note 1:** As described more fully in the Debtor's *Ex Parte Emergency Motion for Order Granting Additional Time to File Schedules, Statement of Financial Affairs, and List of Equity Security Holders*, the Office of the Commissioner of Financial Institutions of the Commonwealth of Puerto Rico's closure of the Debtor's bank subsidiary, R&G Premier Bank (the "Bank"), and appointment of the Federal Deposit Insurance Corporation as receiver for the Bank, has temporarily restricted the Debtor's access to certain financial records that were stored on Bank premises and/or computer systems. Although the Debtor has prepared this list to the best of its ability, the Debtor reserves the right to later amend this list after review of additional financial information that is not currently available to the Debtor.

**Note 2:** The amounts listed above do not include any obligations that the Debtor may have relating to certain Trust Preferred Securities ("TruPS") issued by R&G Capital Trust III, R&G Capital Trust V, and R&G Capital Trust VI.

**Note 3:** The amounts listed above to not include any unsecured deficiency obligations (if any) that may be owed to FirstBank relating to the Debtor's outstanding secured indebtedness to FirstBank.

Date: *May 18, 2010*

*R&G Financial Corporation*
Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the *Contract Manager* of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

Date: *May 18, 2010*

By:

Title: *Contract*

564346