IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

R&G FINANCIAL CORPORATION

XXX-XX2217

Debtor(s)

CASE NO. 10-04124 ESL

Chapter 11

FILED & ENTERED ON 06/11/2010

INTERIM/BRIDGE ORDER GRANTING MOTION TO DETERMINE THAT THE AUTOMATIC STAY APPLIES TO ARBITRATION PROCEEDING

Upon the motion (the "Motion)2 of the Debtor to Determine that the Automatic Stay Applies to Arbitration Proceeding; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED that:

1. Claimants in the arbitration agreement are hereby enjoined from prosecuting the FINRA Arbitration against, the Debtor and RGIC, until a final order is entered by this court.

2. A hearing is being scheduled for July 06, 2010 at 02:00 P.M.

---

2 Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to the Order in accordance with the Motion.

4. This court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this order.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of June, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JORGE I. PEIRATS