TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME : *B&G Financial Corp.*  CASE NUMBER : *10-04124*

CHAPTER : *11*

JUDGE : *ESL*

DATE OF MEETING: *7/7/10*  TIME OF MEETING: *9:00 a.m.*

TRACK NUMBER : *01*

METER READING
START : *0:00* (hr:min)  (hr:min)  (hr:min)  (hr:min)

END : *2:33* (hr:min)  (hr:min)  (hr:min)  (hr:min)

1) DEBTOR:
(X) PRESENT *Rolando Rodriguez*
( ) NOT PRESENT *Maria C. Mena*
( ) SPOUSE NOT PRESENT *José L. Ortiz*

2) DEBTOR'S ATTORNEY:
(X) PRESENT
( ) NOT PRESENT

3) CREDITORS:
(X) PRESENT (See attachment)
( ) NOT PRESENT

4) TRUSTEE:
( ) HAS BEEN APPOINTED
   NAME OF TRUSTEE:_____
(X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
( ) HAS BEEN APPOINTED
(X) HAS NOT BEEN APPOINTED

6) SCHEDULES:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF
THE DEBTOR'S ESTATE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION
BANK ACCOUNTS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR
IN POSSESSION BANK ACCOUNTS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
( ) HAVE BEEN FILED
(X) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST
TWO YEARS:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

13) RENT ROLL:  *N/A*
( ) HAS BEEN FILED
( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

15) MEETING:
(X) CLOSED
( ) CONTINUED TO:

DATE:_____

TIME :_____

16) COMMENTS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(Filed Electronically)**

OFFICE OF THE UNITED STATES TRUSTEE                    7/7/10
Edificio Ochoa                                          Date
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

R & G Financial Corp.
10 - 04124

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Aurizdda O Martinez | | urb Sagrado Corazon #1128 San Julian st SJ 00926 | (787) 755-5042 | 425-7485 |
| R&G Appraisal Group Inc | c/o Frank Pola, Esq. El Centro II Suite 260 Hato Rey PR 00918 | | 787 250-6666 | |
| R&G Appraisal Grup Inc Miguel Santos Appraisal | c/o Jorge Quintana, Esq. 100 Gran Blvd. Paseos | | (787) 783-5675 p 273-6582 f | |
| Carlos Perez " | Blk 112, MSC 301 San Juan, PR 00926 | | | |
| Steven Cimalore, VP | Wilmington Trust Co | 1100 N. Market St Wilmington, DE 19890 | (302)636-6058 ph | (302) 636-4149 |
| Todd Meyers representing | Wilmington TRUST Co. | 1100 Peachtree, Suite 2800 Atlanta GA 30309 | | |
| Elliot Rodriguez | | 31 Callez urb Experimental S.J. 00926 | (787)314-8063 | |
| Pedro Espino on behalf of Elliot Rodriguez | | 650 Calle Ceciliana #104 San Juan, PR 00926 P.O. Box 1678 | (787)633-8781 | 787-466-06 |
| Ada Sonia Guzman Sosa | Elba Agnate PR00970 | | | |
| FirstBank Fco. Pascual | 1519 Ponce de leon, SJ | | 729-8187 | 729-8003 |
| Fernando Valderrabano Fiddlevah | 2pm | | 274-2914 | |
| Hermann D. Bauer Alvarez | PMC | | 282-5723 | |
| | No-270 Am. Int'l Plaza, Suite 800 | | | |
| | 250 Muñoz Rivera Ave. San Juan PR 00918-18 | | | |
| Jose A. Llovens | PO Box 9050309, S.J. 00902 | | 787-785-5171 | 787-785-55 |
| Jose A. Berio / Rosa M. Qui+ | P.O. Box 1628 SJ. 00908 | | (787)4X-1110 | |
| Manuel Fernandez Bared | PO Box 195383 | | | |
| Patricia Von Kirk 2me | Tel. 787-751-8999 | | Fax 787-763-7760 | |
| Miguel Yamin Todd | PO Box 9023855 ST PR 00902-3855 | | 787-579-4996 | 787-723-4891 |