UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| ) | |
| **R&G FINANCIAL CORPORATION,** ) | |
| ) | **Case No. 10-04124 (ESL)** |
| XXX-XX2217 ) | |
| ) | Obj. Deadline: October 25, 2010 at 4:00 p.m. prevailing Atlantic Time |
| **Debtor.** ) | |
| ) | Hearing Date: Only if necessary and as scheduled by the Bankruptcy Court |

# NOTICE OF FILING AND HEARING WITH RESPECT TO WILMINGTON TRUST COMPANY'S MOTION FOR DERIVATIVE STANDING TO INVESTIGATE, ASSERT AND PROSECUTE CLAIMS AGAINST OFFICERS AND DIRECTORS, AND AUTHORITY TO HOLD, ASSERT, AND IF NECESSARY, WAIVE CERTAIN PRIVILEGES ON BEHALF OF THE ESTATE

PLEASE TAKE NOTICE that on October 6, 2010, Wilmington Trust Company, in its capacity as trustee for R&G Capital Trusts III, V and VI ("WTC"), filed its Motion for Derivative Standing to Investigate, Assert and Prosecute Claims Against Officers and Directors, and Authority to Hold, Assert, and if Necessary, Waive Certain Privileges on Behalf of the Estate (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT responses, if any, to the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Puerto Rico (the "Bankruptcy Court"), Jose V. Toledo Federal Building and United States Courthouse, 300 Calle Del Recinto Sur, San Juan, Puerto Rico 00901-0901, and served so as to be received no later than 4:00 p.m. prevailing Atlantic Time on October 25, 2010, upon each of: (i) counsel for WTC, (a) Kilpatrick Stockton LLP, 1100 Peachtree Street N.E., Suite 2800, Atlanta, Georgia 30308 (Attention: Todd C. Meyers, Esq. and Mark A. Fink, Esq.); and (b) Eldia M. Diaz-Olmo

US2008 1651819.1

Law Offices, Aon Center Building, 304 Ponce de León Ave., Suite 1100, Hato Rey, Puerto Rico 00907 (Attention: Eldia M. Diaz-Olmo, Esq.); (ii) counsel for the Debtor (a) Patton Boggs LLP, 2000 McKinney Ave, Suite 1700, Dallas, TX 75201 (Attention: Brent Mcilwain, Esq. and Brian Smith, Esq.); and (b) Pietrantoni, Mendez & Alvarez, Popular Center, Suite 1901, 209 M. Rivera Hato Rey, PR 00918 (Attention: Jorge I. Peirats, Esq.); (iii) Office of the United States Trustee, Edificio Ochoa, 500 Tanca Street, Suite 301, Suan Juan Puerto Rico 00901-1922 (Attention: Jose Diaz-Vega, Esq.); and (iv) all parties that have requested service of process in this case.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion will only be held if responses to the Motion are timely filed and served on all relevant parties. In the event a hearing is conducted on this Motion, WTC has requested that the Bankruptcy Court schedule the hearing between October 27, 2010 and October 29, 2010 or November 2, 2010 and November 5, 2010. Only responses made in writing and timely filed and received will be considered by the Bankruptcy Court as such hearing.

Dated: October 6, 2010

    KILPATRICK STOCKTON LLP

    /s/ Todd C. Meyers
    Todd C. Meyers (admitted *pro hac vice*)
    Mark A. Fink (admitted *pro hac vice*)
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309-4530
    (404) 815-6500 (Telephone)
    (404) 815-6555 (Facsimile)
    tmeyers@kilpatrickstockton.com
    mfink@kilpatrickstockton.com

    and

    ELDIA M. DIAZ-OLMO LAW OFFICES

    Eldia M. Diaz-Olmo
    USDC No. 128003
    Aon Center Building
    304 Ponce de Leon Ave.
    Suite 1100
    Hato Rey, Puerto Rico 00907
    (787) 641-7355 (Telephone)
    (787) 641-7354 (Facsimile)
    diazolmo@villamil.net

    *Counsel for Wilmington Trust Company, as Indenture Trustee*