UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>R&G FINANCIAL CORPORATION<br><br>DEBTOR<br><br>Tax ID XX-XXX2217 | CASE NO. 10-04124<br><br>CHAPTER 11 |

**ORDER APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT FOR THE DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION**

Upon consideration of the *Disclosure Statement for the Debtor's First Amended Chapter 11 Plan of Liquidation* (the "Disclosure Statement," ECF No. 358); and adequate notice of the Disclosure Statement[1] having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that approval of the Disclosure Statement is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and based on the record presented and arguments of counsel at the hearing to consider the Disclosure Statement; and after due deliberation thereon and sufficient cause appearing therefore, the Court hereby finds and determines the following:

A. On August 5, 2011 the Court entered an order establishing a September 26, 2011 hearing to consider approval of the Disclosure Statement (the "Disclosure Statement Hearing").

B. No later than August 10, 2011 the Debtor transmitted a *Notice of Continued Hearing to Consider Approval of Debtor's Disclosure Statement for the Debtor's Chapter 11 Plan of Liquidation* (the "Disclosure Statement Hearing Notice") to all to all interested parties in accordance with Fed. R. Bankr. P. 3017 and 2002. The Disclosure Statement Notice provided

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

such parties with actual notice of the Disclosure Statement Hearing and the September 12, 2011 deadline for submitting objections to the Disclosure Statement. The Disclosure Statement Notice constitutes good and sufficient notice of the Disclosure Statement Hearing, comports with due process, and no other or further notice of the Disclosure Statement or Disclosure Statement Hearing is necessary.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Pursuant to Bankruptcy Rule 3017(b), and subject to the modifications contained herein, the Disclosure Statement is approved as containing adequate information, within the meaning of 11 U.S.C. § 1125. To the extent not withdrawn, settled, or otherwise resolved, all objections to the Disclosure Statement are overruled.

2. Article VI of the Disclosure Statement is hereby amended and restated in the manner set forth on Exhibit 1 attached hereto.

3. The Debtor is authorized to transmit copies of the Disclosure Statement, which shall incorporate the amended and restated version of Article VI reflected on the attached Exhibit 1, to all interested parties in accordance with the *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtor's First Amended Chapter 11 Plan of Liquidation, (II) Scheduling a Hearing and Establishing Certain Notice and Objection Procedures in Respect of Confirmation of the Debtor's First Amended Chapter 11 Plan of Liquidation, and (III) Granting Certain Related Relief* (ECF No. 361).

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

617982

IT IS SO ORDERED.

Dated: September 26, 2011

/s/ Lamoutte

THE HONORABLE
ENRIQUE S. LAMOUTTE INCLAN
UNITED STATES BANKRUPTCY JUDGE

CC:   Debtor
      Jorge I. Peirats

617982